UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONY BRENT BANKS,

        Petitioner,

                                    Case No. 1:14-cv-745

v.

                                    HONORABLE PAUL L. MALONEY

JEFFREY LARSON,

        Respondent,

_____/

## **JUDGMENT**

        Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered.  A notice of appeal must

ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date:  December 4, 2014                    _/s/ Paul L. Maloney_____
                                           Paul L. Maloney
                                           Chief United States District